| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RONALD L. SAX, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:07-CV-199
§
MICHAEL J. ASTRUE, §
Commissioner of Social Security §
Administration, §
§
    Defendant. §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the report of the United States magistrate judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the report of the United States magistrate judge were filed by the parties.

The court concludes that the findings of fact and conclusions of law of the United States magistrate judge are correct, and the report of the United States magistrate judge is **ADOPTED**. An Order granting Plaintiff's Application for Attorney Fees will be entered separately.

    SIGNED at Beaumont, Texas, this 31st day of October, 2008.

                                                                            MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE